## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

RITA GAVI,                                          )
                                                    )
        Plaintiff,                                  )
                                                    )
    vs.                                         )          CIVIL NO. 09-1013 MCA/LFG
                                                    )
MICHAEL J. ASTRUE, Commissioner                     )
 of the Social Security Administration,            )
                                                    )
        Defendant.                                  )

## STIPULATED ORDER

THIS MATTER coming before the Court upon Defendant's Unopposed Motion for

Extension of Time to file an Answer or otherwise respond to Plaintiff's Complaint [Doc. 16], it

being stated that opposing counsel concurs in the granting of the motion, the Court having read

the motion and being fully advised in the premises finds that the motion is well taken.

IT IS THEREFORE ORDERED that the Motion for Extension of Time [Doc. 16] is

granted.  Defendant shall file an Answer or otherwise respond to Plaintiff's Complaint on or

before January 28, 2010.


_Lorenzo F. Garcia_
_____
LORENZO F. GARCIA
United States Magistrate Judge


SUBMITTED AND APPROVED BY:

_Electronically submitted on 12/16/09_
MANUEL LUCERO
Assistant United States Attorney
Attorney for Defendant


_Telephonic Approval Received 12/15/09_
LUCREDIA JARAMILLO
Attorney for Plaintiff